IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RICKIE ANTHONY,                        )
                                       )
           Plaintiff,                  )
                                       )
     v.                                )
                                       )     1:23-cv-898
RICHMOND COUNTY CHILD SUPPORT          )
ENFORCEMENT, JOSEPH G. DAVIS,          )
III, IV-D Attorney, CHRISTOPHER        )
W. RHUE, District Court Judge,         )
and DEPUTY WILLIAMS,                   )
                                       )
           Defendants.                 )
```

## ORDER

On November 29, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6, 7.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

                                                /s/ William L. Osteen, Jr.
                                                United States District Judge